**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00277-RGJ-CHL**

**CHAPRECIOUS TRABUE,** **Plaintiff,**

**v.**

**LOUISVILLE-JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,** **Defendants.**

### ORDER

The undersigned held a telephonic status conference in this matter on March 17, 2025. Participating were the following:

FOR PLAINTIFF: Shaun A. Wimberly, Sr.

FOR DEFENDANTS: James Eugene McKiernan, III

The Court set this conference to discuss the Parties' progress in discovery. The Parties reported that they are still working to complete written discovery. Plaintiff expects to serve written discovery responses and requests upon Defendants this week, and the Parties are discussing dates in the second half of April for Plaintiff's deposition. Plaintiff is hopeful that the Parties can schedule the depositions of Defendants in early to mid-May. As it did during its last conference, the Court noted that while the discovery period set in the scheduling order was lengthy, a significant portion of it has already expired. The Court directed the Parties to focus on making progress in discovery and cautioned them that given the lengthy schedule set by the Court, the Court expects the Parties to complete discovery without the need for any extensions.

Accordingly,

IT IS HEREBY ORDERED that this matter is set for a telephonic status conference before the undersigned on **May 20, 2025, at 10:00 AM ET**.[1]  Counsel for the Parties shall connect to the conference by dialing 1-650-479-3207 and entering access code 2319 759 1660. Attendees should press # to skip entry of an attendee or host code.

Colin H Lindsay, Magistrate Judge  
United States District Court

cc:  Counsel of record

0|5     March 19, 2025

---

[1] Counsel is advised that the Court is setting this conference telephonically as a convenience to and cost-saving measure for the Parties. But the telephonic conference is still a court proceeding for which the Court expects counsel to appear on time.  Counsel is cautioned that non-appearance may result in the proceeding being rescheduled for an in-person conference that client representatives must attend and/or the issuance of sanctions pursuant to Fed. R. Civ. P. 16(f).