## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**CIVIL ACTION NO. 3:24-cv-00277-RGJ-CHL**

**CHAPRECIOUS TRABUE**                                                                                 **PLAINTIFF**

vs.

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT** *et al.*                                                                      **DEFENDANTS**

*ELECTRONICALLY FILED*

### ENTRY OF APPEARANCE

To: The Court, its officials, and all counsel of record.

**PLEASE TAKE NOTICE** that Erin C. Farnham hereby enters her appearance as co-counsel for Defendants, Louisville Metropolitan Department of Corrections and Director Jerry Collins, Sgt. Ochoa, and Officer Salman, in their *individual capacity only* (hereinafter "Defendants"). All further pleadings, correspondence, and communications about this case should be directed to:

> Erin C. Farnham
> Assistant Jefferson County Attorney
> First Trust Center
> 200 S. Fifth Street, Suite 300N
> Louisville, KY 40202
> (502) 574-6333
> Erin.Farnham@louisvilleky.gov

>                             Respectfully submitted,
>
>                             /s/ Erin C. Farnham
>                             Erin C. Farnham
>                             James E. McKiernan, III
>                             Assistant Jefferson County Attorneys
>                             200 South Fifth Street, Suite 300N

Louisville, KY  40202
(502) 574-6333
erin.farnham@louisvilleky.gov
james.mckiernan@louisvilleky.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned filed the above on April 10, 2025 using the Court's CM/ECF system which will send copies to the counsel of record.

    /s/ Erin C. Farnham
    *Counsel for Defendants*

2