**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKIY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **CHAPRECIOUS TRABUE** )<br>**PLAINTIFF** )<br>)<br>) **CASE NO. 3:24-CV-0277-RGJ-CHL**<br>**VS.** )<br>)<br>)<br>**LOUISVILLE JEFFERSONCOUNTY** )<br>**METRO GOVERNMENT , *ET AL*** )<br>**DEFENDANTS** ) | |

**SUPPLEMENTAL 26(a)(1) DISCLOSURES OF DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and the Trail Scheduling Order [DN 13], Defendants, Louisville/Jefferson County Metropolitan Government and Director Jerry Collins, Sgt. Ochoa, and Officer Salman, in their *individual capacity only* produce the following Supplemental Disclosures by and through their attorneys. These disclosures are based on information that is reasonably available to Defendants as revealed by the investigation conducted to date. That investigation is continuing, and Defendants expressly reserve all rights to supplement the information contained in these disclosures, should more information become available to them.

  **A.**  **Individuals likely to have discoverable information that the Defendants may use in support of their defense:**

1. Plaintiff, Chaprecious Trabue. Plaintiff is expected to have knowledge of the events described in the Complaint as well as damages claimed.

2. Named individual defendants.

3. Any person whose testimony may be necessary to authenticate and/or lay a foundation for any document or exhibit.

4. Any witness identified in discovery.

5. Any witness listed in Plaintiff's Rule 26(a) Disclosures.

6. Any witness necessary for rebuttal.

7. Any witness whose deposition is to be taken in this action.

Defendants reserve the right to supplement this disclosure. These initial disclosures are based upon information available as of this date. Any other witnesses who may become known to have knowledge or information concerning the events alleged in Plaintiff's Complaint and/or injuries alleged to have been sustained by the Plaintiff will be properly supplemented.

### B. Documents

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Defendants designate the following documents currently within their possession, custody, or control, or the possession, custody, or control of counsel, which may be used to support their defenses to Plaintiff's claims in this action. Defendants reserve all rights to object to the use of any documents produced in this action, including but not limited to objections based on relevancy and materiality. Defendants additionally reserve their right to supplement the following identified documents.

1. Any investigative reports that were initiated and/or generated pursuant to the alleged claims and/or damages contained within the Complaint.

2. Any grievances that were initiated and/or generated pursuant to the alleged claims and/or damages contained within the Complaint.

3. Any documents listed by any other party and/or documents necessary for rebuttal;

4. Any documents produced in discovery.

5.  SUPLEMENTED – Any video obtained from the jail that shows the alleged incident contained within the Complaint.

6.  All protentional documents received from Plaintiff's medical provides.

### C.  Claim for Damages

To date, the Defendants have not asserted any claim for damages against any party.

### D.  Insurance Coverage

Louisville/Jefferson County Metro Government is a member of the Louisville Area Governmental Self-Insurance Trust (LAGIT) which is a self-insurance liability pool formed under Kentucky Statutes 304.48 et seq.  As such, Metro has a self-insurance coverage contract through LAGIT.  LAGIT has purchased a policy of excess insurance.  A copy of the LAGIT coverage contract and the excess insurance policy is available for inspection and copying.

### E.  This Disclosure May be Supplemented

Defendants reserve the right to supplement this disclosure as necessary if any additional or new information comes to their attention as a result of the ongoing investigation.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ James E. McKiernan, III
ERIN C. FARNHAM
JAMES MCKIERNAN, III
Assistant Jefferson County Attorneys
First Trust Center
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(502) 574-3493
richard.elder@louisvilleky.gov
*Counsel for Defendants*

## **CERTIFICATE**

I hereby certify that on June 13, 2025, the foregoing was emailed to counsel of record.

/s/ James E. McKiernan, III
JAMES MCKIERNAN, III
