**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**CIVIL ACTION NO. 3:24-cv-00277**

**CHAPRECIOUS TRABUE**                                                                                         **PLAINTIFF**

vs.                                 **JOINT STATUS REPORT**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT** *et al.*                                                     **DEFENDANTS**

Pursuant to the Court's Order [DN 21], the Parties jointly provide the following status report:

1. Plaintiff's deposition was taken on June 13, 2025.

2. Defense counsel are awaiting receipt of medical records from medical providers identified by Plaintiff in written discovery responses and plan to request records from medical providers identified by Plaintiff at her deposition. Defendants plan to propound a second set of discovery to obtain information and records identified by Plaintiff during her deposition by June 21, 2025.

3. In addition, on June 13, 2025, the Plaintiff propounded on the defendants her written discovery request.

4. The Parties believe that it is too early to engage in settlement negotiations at this time.

5. The Parties will proceed with the current scheduling order.

                                                      Respectfully Submitted,
                                                      MICHAEL J. O'CONNELL
                                                      JEFFERSON COUNTY ATTORNEY

                                                      /s/ Erin C. Farnham
                                                      James E. McKiernan, III
                                                      Erin C. Farnham
                                                      Assistant Jefferson Co. Attorney
                                                      First Trust Centre
                                                      200 South Fifth Street, Suite 300N
                                                      Louisville, KY  40202
                                                      (502) 574-6333
                                                      james.mckiernan@louisvilleky.gov
                                                      *Counsel for Defendants*

/s/ Shaun A. Wimberly, Sr. (with permission)
Shaun A. Wimberly, Sr.
Wimberly & Associates, PLLC
Waterfront Plaza, Suite 1816
Louisville, KY 40202
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  It is hereby certified that on June 16, 2025, the foregoing was electronically filed with the clerk of the court by using the ECF system which will send an electronic copy to all counsel of record.

/s/ Erin C. Farnham