# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:24-CV-00277-RGJ-CHL

**CHAPRECIOUS TRABUE,**                                                     **Plaintiff,**

v.

**LOUISVILLE-JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                              **Defendants.**

## **ORDER**

Before the Court is the Parties' Joint Status Report. (DN 23.) The Parties discussed their progress on discovery, including that it is too early to engage in settlement negotiations at this time. (*Id.*) The Parties also stated that they will proceed with the current scheduling order. (*Id.*)

Accordingly,

IT IS HEREBY ORDERED that the Parties shall continue to expeditiously prosecute this case, including meeting all deadlines pursuant to the Scheduling Order (DN 13), including, but not limited to, the deadline for fact discovery on August 20, 2025.

June 16, 2025

cc: Counsel of record

Colin H Lindsay, Magistrate Judge
United States District Court