UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:24-CV-00277-RGJ-CHL

**CHAPRECIOUS TRABUE,**  Plaintiff,

v.

**LOUISVILLE-JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**  Defendants.

### ORDER

Before the Court is the Parties' Joint Status Report. (DN 36.) The Parties having indicated therein that they are ready to schedule a settlement conference in this matter,

IT IS HEREBY ORDERED that on or before **November 10, 2025**, the Parties shall consult with their respective decisionmakers[1] and jointly contact the undersigned's Case Manager, Theresa Burch, via e-mail at theresa_burch@kywd.uscourts.gov with dates on which they are available for a settlement conference. A settlement conference will then be set by separate order.

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record
October 29, 2025

---

[1] The Court's Order for Settlement Conference will be more specific regarding who the Court considers an appropriate decisionmaker to participate in the settlement conference. However, in brief, the Court will require the attendance of each natural person party and a representative from each entity party employed by the entity party with full settlement authority, meaning that the individual can both approve a settlement and change the party's settlement posture during the course of the settlement conference. Should there exist an insurance carrier which may be liable for all or part of a possible judgment, an authorized representative of that insurance carrier employed by the insurance carrier shall also be required to attend.