UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:24-CV-00277-RGJ-CHL

**CHAPRECIOUS TRABUE,**                                                                                              **Plaintiff,**

**v.**

**LOUISVILLE-JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                                                                              **Defendants.**

## ORDER

Plaintiff having failed to submit her confidential settlement statement no later than seven days before the Court's January 22, 2026, settlement conference in accordance with the Court's November 14, 2025, Order (DN 38),

IT IS HEREBY ORDERED that Plaintiff shall submit her confidential settlement statement via email to chambers_lindsay@kywd.uscourts.gov no later than **9:00 AM ET on Tuesday, January 20, 2026**.  While this deadline is irregularly close to the scheduled settlement conference, because Monday is a legal holiday the Court will not require the statement to be due on that day.  However, given the proximity of this deadline to the settlement conference, Plaintiff is warned that failure to submit a statement that complies with the requirements of the Court's Order for Settlement Conference (DN 38) by the January 20, 2026, deadline *will* result in the settlement conference being canceled and *may* result in the issuance of sanctions.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record
January 16, 2026